USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/6/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**SAMIHA ALAYAN,**

                     **Plaintiff,**

         -against-

**PERMANENT MISSION OF SAUID**
**ARABIA IN THE UNITED STATES,**

                   **Defendants.**

**1:18-cv-10068 (ALC)**

**ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 24, 2020, Defendant filed a letter motion requesting a pre-motion conference on an anticipated motion to dismiss. (ECF No. 19). On July 29, 2020, Plaintiff filed a response. Defendant's motion for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Defendant's Motion to Dismiss:                September 3, 2020

    Plaintiff's Opposition:                             October 1, 2020

    Defendant's Reply, if any:                       October 15, 2020

**SO ORDERED.**

**Dated:**  August 6, 2020

       **New York, New York**                                   **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**