UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMIHA ALAYAN AND ZEYAD
BARAZANJI,

                     Plaintiff,                     **18 CIVIL 10068 (ALC)**

              -against-                       **<u>JUDGMENT</u>**

PERMANENT MISSION OF SAUDI ARABIA
TO THE UNITED NATIONS,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 17 2021, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
          May 17, 2021

                                                            **RUBY J. KRAJICK**
                                                                 Clerk of Court
                                      **BY:**
                                                                   Deputy Clerk